IN THE SUPREME COURT OF THE STATE OF DELAWARE

MELVIN E. PUSEY, § 
 § 
 Defendant Below, § No. 76, 2015
 Appellant, § 
 § 
 v. § Court Below—Superior Court
 § of the State of Delaware,
STATE OF DELAWARE, § in and for Sussex County
 § Cr. ID No. 9705016696
 Plaintiff Below, § 
 Appellee. § 

Submitted: July 20, 2015
Decided: September 10, 2015

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## **O R D E R**

This 10th day of September 2015, it appears to the Court that the State has filed a motion to remand this case to the Superior Court. The State asserts that the case should be remanded so the Superior Court can correct the violation of probation ("VOP") sentencing order to reduce the amount of Level V time imposed by the amount of time the appellant spent at the VOP Center and to change the effective date of the VOP sentence. The appellant has not filed any response to the State's motion.

NOW, THEREFORE, IT IS ORDERED that the State's motion to remand is

GRANTED and this matter is REMANDED to the Superior Court for correction of

the January 22, 2015 VOP sentence. Jurisdiction is not retained.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice